**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Thomas Boder, et al.,**

  **Plaintiffs,**

**-V-**                  Case No. 2:05-cv-557
                      JUDGE SMITH
                      Magistrate Judge King

**DaimlerChrysler Corporation,**

  **Defendant.**

## ORDER

On March 21, 2006, the Magistrate Judge reported that this matter has been settled (Doc. 32).

The Court denies defendant's motion to dismiss and to strike (Doc. 6) without prejudice to refiling in the event a the parties do not achieve a final settlement.

The Clerk shall remove Doc. 6 from the Court's pending CJRA motions list.

  **IT IS SO ORDERED.**

                 /s/ George C. Smith
                **GEORGE C. SMITH, JUDGE**
                **UNITED STATES DISTRICT COURT**